UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No.:  6:20-mj-1062

CARL FAREY,

## Notice of Appearance

The undersigned counsel, hereby files this notice of appearance in the above captioned case, effective January 21, 2020. The undersigned counsel requests that the Clerk and counsel for the government direct all pleadings and correspondence to the address indicated below.

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court (CM/ECF) on this 21st day of January 2020 by using the CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorney.

/s/ Corey Cohen, Esq.
Law Office of Corey Cohen P.A.
Florida Bar No. 0657840
605 E. Robinson St. Suite 330
Orlando, Florida 32801
corey@coreycohen.com
Telephone: 407-246-0066

By: /s/ Ken Barlow
Ken Barlow, Esq.
Florida Bar No. 886432
Law Office of Corey Cohen P.A.
605 E. Robinson St. Suite 330
Orlando, Florida 32801
ken@coreycohen.com
Telephone: 407-246-0066