# United States District Court
## Middle District Of Florida
### Orlando Division

UNITED STATES OF AMERICA

VS.                           CASE NO: 6:20-cr-34-Orl-41EJK

CARL STUART FAREY

_____

## NOTICE OF NO OBJECTION TO REPORT AND RECOMMENDATION

The United States of America has no objection to the Report and Recommendation issued by the Magistrate Judge on March 3, 2020 regarding the plea of guilty entered by CARL STUART FAREY.

March 3, 2020

_____
Assistant United States Attorney

Copies to:
United States Attorney
Counsel of Record
District Judge