**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.  CASE NO: 6:20-cr-34-Orl-41EJK

CARL STUART FAREY

_____

NOTICE OF NO OBJECTION TO REPORT AND RECOMMENDATION

Defendant **CARL STUART FAREY** has no objection to the Report and Recommendation issued by the Magistrate Judge on February 3, 2021 regarding the plea of guilty entered by **CARL STUART FAREY**.

March 3, 2020

_____
CARL STUART FAREY

_____
Counsel for **CARL STUART FAREY**