UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:20-cr-34-Orl-41EJK

**CARL STUART FAREY**
_____/

**ORDER**

THIS CAUSE is before the Court upon the filing of a Report and Recommendation Concerning Plea of Guilty (Doc. 22) filed on March 3, 2020. United States Magistrate Embry J. Kidd recommends that the Court accept Defendant's Amended Plea Agreement (Doc.16) and guilty plea, that Defendant be adjudicated guilty, and that the Court impose sentence at a sentencing hearing.

After an independent *de novo* review of the record and noting that the Government filed a Notice of No Objection (Doc. 23) on March 3, 2020, as did Defendant (Doc. 24), this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. The plea is accepted and Defendant is hereby adjudicated guilty as to Counts One and Two of the Information (Doc. 10).

Therefore, it is **ORDERED** and **ADJUDGED** that the Report and Recommendation (Doc. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

**DONE** and **ORDERED** in Orlando, Florida on March 11, 2020.



Copies furnished to:

Counsel of Record