"Exhibit A"

## BOP-Reported Positive Tests for COVID-19 Nationwide[1]

| Date | Number of Positive Inmates | Number of Positive Staff | Number of Inmate Deaths | Total BOP Cases[2] |
|---|---|---|---|---|
| 3/20/2020 | 0 | 2 | 0 | 2 |
| 3/21/2020 | 1 | 2 | 0 | 3 |
| 3/22/2020 | 1 | 2 | 0 | 3 |
| 3/23/2020 | 3 | 3 | 0 | 6 |
| 3/24/2020 | 6 | 3 | 0 | 9 |
| 3/25/2020 | 6 | 3 | 0 | 9 |
| 3/26/2020 | 10 | 8 | 0 | 18 |
| 3/27/2020 | 14 | 13 | 0 | 27 |
| 3/28/2020 | 19 | 19 | 1 | 38 |
| 3/29/2020 | 19 | 19 | 1 | 38 |
| 3/30/2020 | 28 | 24 | 1 | 52 |
| 3/31/2020 | 29 | 30 | 1 | 59 |
| 4/1/2020 | 57 | 37 | 3 | 94 |
| 4/2/2020 | 75 | 39 | 6 | 114 |
| 4/3/2020 | 91 | 50 | 7 | 141 |
| 4/4/2020 | 120 | 54 | 8 | 174 |
| 4/5/2020 | 138 | 59 | 8 | 197 |
| 4/6/2020 | 196 | 63 | 8 | 259 |
| 4/7/2020 | 241 | 72 | 8 | 313 |
| 4/8/2020 | 272 | 105 | 8 | 377 |
| 4/9/2020 | 283 | 125 | 8 | 408 |
| 4/10/2020 | 318 | 163 | 9 | 481 |
| 4/11/2020 | 335 | 185 | 9 | 520 |
| 4/12/2020 | 352 | 189 | 10 | 541 |
| 4/13/2020 | 388 | 201 | 13 | 589 |
| 4/14/2020 | 446 | 248 | 14 | 694 |
| 4/15/2020 | 451 | 280 | 16 | 731 |
| 4/16/2020 | 473 | 279 | 18 | 752 |
| 4/17/2020 | 465 | 296 | 18 | 761 |
| 4/18/2020 | 479 | 305 | 21 | 784 |
| 4/19/2020 | 495 | 309 | 22 | 804 |
| 4/20/2020 | 497 | 319 | 22 | 816 |
| 4/21/2020 | 540 | 323 | 23 | 863 |
| 4/22/2020 | 566 | 342 | 24 | 908 |
| 4/23/2020 | 620 | 357 | 24 | 977 |
| 4/24/2020 | 649 | 336 | 25 | 985 |
| 4/25/2020 | 730 | 317 | 26 | 1047 |
| 4/26/2020 | 799 | 319 | 27 | 1118 |
| 4/27/2020 | 1046 | 330 | 28 | 1376 |
| 4/28/2020 | 1314 | 335 | 30 | 1649 |
| 4/29/2020 | 1534 | 343 | 31 | 1877 |



[1] Numbers obtained from www.bop.gov/coronavirus on a daily basis. There is good reason to believe that the numbers reported by the BOP understate the actual number of tested-positive cases. *Compare* M. Licon-Vitale, MCC Ward, and D. Edge, MDC Warden, *Response to EDNY Administrative Order 2020-14* (Apr. 7, 2020) at https://www.nyed.uscourts.gov/pub/bop/MDC_20200407_042057.pdf (3 positive inmates at MDC Brooklyn) *with COVID-19 Cases* Federal Bureau of Prisons (Apr. 7, 2020) at www.bop.gov/coronavirus (2 positive inmates at MDC Brooklyn).

[2] Includes the number of both BOP inmates and staff who have tested positive for COVID-19.

## Number of Reported COVID-19 Cases in Bureau of Prisons[3] and the United States[4], Compared by Days since First Reported Infection

| Day of Known COVID-19 Case | BOP Date | BOP Infections | U.S. Date | U.S. Infections |
|---|---|---|---|---|
| Day 1 | 3/20/2020 | 2 | 1/22/2020 | 1 |
| Day 2 | 3/21/2020 | 3 | 1/23/2020 | 1 |
| Day 4 | 3/23/2020 | 6 | 1/25/2020 | 2 |
| Day 5 | 3/24/2020 | 9 | 1/26/2020 | 5 |
| Day 7 | 3/26/2020 | 18 | 1/28/2020 | 5 |
| Day 8 | 3/27/2020 | 27 | 1/29/2020 | 5 |
| Day 10 | 3/29/2020 | 38 | 1/31/2020 | 7 |
| Day 11 | 3/30/2020 | 52 | 2/1/2020 | 8 |
| Day 12 | 3/31/2020 | 59 | 2/2/2020 | 8 |
| Day 13 | 4/1/2020 | 94 | 2/3/2020 | 11 |
| Day 14 | 4/2/2020 | 114 | 2/4/2020 | 11 |
| Day 15 | 4/3/2020 | 141 | 2/5/2020 | 11 |
| Day 16 | 4/4/2020 | 174 | 2/6/2020 | 11 |
| Day 17 | 4/5/2020 | 197 | 2/7/2020 | 11 |
| Day 18 | 4/6/2020 | 259 | 2/8/2020 | 11 |
| Day 19 | 4/7/2020 | 313 | 2/9/2020 | 11 |
| Day 20 | 4/8/2020 | 377 | 2/10/2020 | 11 |
| Day 21 | 4/9/2020 | 408 | 2/11/2020 | 12 |
| Day 22 | 4/10/2020 | 481 | 2/12/2020 | 12 |
| Day 23 | 4/11/2020 | 520 | 2/13/2020 | 13 |
| Day 24 | 4/12/2020 | 541 | 2/14/2020 | 13 |
| Day 25 | 4/13/2020 | 589 | 2/15/2020 | 13 |
| Day 26 | 4/14/2020 | 694 | 2/16/2020 | 13 |
| Day 27 | 4/15/2020 | 731 | 2/17/2020 | 13 |
| Day 28 | 4/16/2020 | 752 | 2/18/2020 | 13 |
| Day 29 | 4/17/2020 | 761 | 2/19/2020 | 13 |
| Day 30 | 4/18/2020 | 784 | 2/20/2020 | 13 |
| Day 31 | 4/19/2020 | 804 | 2/21/2020 | 15 |
| Day 32 | 4/20/2020 | 816 | 2/22/2020 | 15 |
| Day 33 | 4/21/2020 | 863 | 2/23/2020 | 15 |
| Day 34 | 4/22/2020 | 908 | 2/24/2020 | 15 |
| Day 35 | 4/23/2020 | 977 | 2/25/2020 | 15 |
| Day 36 | 4/24/2020 | 985 | 2/26/2020 | 15 |
| Day 37 | 4/25/2020 | 1047 | 2/27/2020 | 16 |
| Day 38 | 4/26/2020 | 1118 | 2/28/2020 | 16 |
| Day 39 | 4/27/2020 | 1376 | 2/29/2020 | 24 |
| Day 40 | 4/28/2020 | 1649 | 3/1/2020 | 30 |
| Day 41 | 4/29/2020 | 1877 | 3/2/2020 | 53 |



COVID-19 Case Comparison by Day Since First Reported Infection

---

[3] Numbers obtained from www.bop.gov/coronavirus on a daily basis. There is good reason to believe that the numbers reported by the BOP understate the actual number of tested-positive cases. *Compare* M. Licon-Vitale, MCC Ward, and D. Edge, MDC Warden, *Response to EDNY Administrative Order 2020-14* (Apr. 7, 2020) at https://www.nyed.uscourts.gov/pub/bop/MDC_20200407_042057.pdf (3 positive inmates at MDC Brooklyn) *with COVID-19 Cases* Federal Bureau of Prisons (Apr. 7, 2020) at www.bop.gov/coronavirus (2 positive inmates at MDC Brooklyn).

[4] Numbers obtained from https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html

Rate of Rise of Reported COVID-19 Cases in Bureau of Prisons[5]

and the United States[6], Every 3 Days

| Date | Number of BOP Cases | BOP Rate of Rise | Cumulative BOP Rate of Rise Since 3/20/2020 | Number of National Cases | U.S. Rate of Rise | Cumulative U.S. Rate of Rise Since 3/20/2020 |
|---|---|---|---|---|---|---|
| 3/20/2020 | 2 | 0.00% | 0.00% | 18,747 | 0.00% | 0.00% |
| 3/23/2020 | 6 | 200.00% | 200.00% | 44,183 | 135.68% | 135.68% |
| 3/26/2020 | 18 | 200.00% | 400.00% | 85,356 | 93.19% | 228.87% |
| 3/29/2020 | 38 | 111.11% | 511.11% | 140904 | 65.08% | 293.95% |
| 4/1/2020 | 94 | 147.37% | 658.48% | 213144 | 51.27% | 345.21% |
| 4/4/2020 | 174 | 85.11% | 743.59% | 304826 | 43.01% | 388.23% |
| 4/7/2020 | 313 | 79.89% | 823.47% | 395011 | 29.59% | 417.81% |
| 4/10/2020 | 481 | 53.67% | 877.15% | 492,416 | 24.66% | 442.47% |
| 4/13/2020 | 589 | 22.45% | 899.60% | 579,005 | 17.58% | 460.06% |
| 4/16/2020 | 752 | 27.67% | 927.27% | 661,712 | 14.28% | 474.34% |
| 4/19/2020 | 804 | 6.91% | 934.19% | 746,625 | 12.83% | 487.17% |
| 4/22/2020 | 977 | 21.52% | 955.70% | 828,441 | 10.96% | 498.13% |
| 4/25/2020 | 1047 | 7.16% | 962.87% | 928,619 | 12.09% | 510.23% |
| 4/28/2020 | 1649 | 57.50% | 1020.37% | 981,246 | 5.67% | 515.89% |





---

[5] Numbers obtained from www.bop.gov/coronavirus on a daily basis. There is good reason to believe that the numbers reported by the BOP understate the actual number of tested-positive cases. *Compare* M. Licon-Vitale, MCC Ward, and D. Edge, MDC Warden, *Response to EDNY Administrative Order 2020-14* (Apr. 7, 2020) *at* https://www.nyed.uscourts.gov/pub/bop/MDC_20200407_042057.pdf (3 positive inmates at MDC Brooklyn) *with* COVID-19 Cases Federal Bureau of Prisons (Apr. 7, 2020) *at* www.bop.gov/coronavirus (2 positive inmates at MDC Brooklyn).

[6] Numbers obtained from https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html

COVID-19 Rate of Infection for Various Populations

| Location | Cases | Population | Infections/ 1,000 People | Infection Rate as Percent of Population |
|---|---|---|---|---|
| BOP Population | 1,877[7] | 178,255[8] | 10.53 | 1.0530% |
| United States | 1,037,526[9] | 329,583,384[10] | 3.15 | 0.3148% |
| China | 83,940[11] | 1,394,015,977[12] | 0.06 | 0.0060% |
| Italy | 203,591[13] | 62,402,659[14] | 3.26 | 0.3263% |

|  | BOP has an infection rate X times higher |
|---|---|
| Compared to the United States | 3.344944 |
| Compared to China | 174.8724 |
| Compared to Italy | 3.227506 |



COVID-19 Infections per 1,000 People
- Bureau of Prisons: 10.53
- United States: 3.15
- China: 0.06
- Italy: 3.26

---

[7] Includes the number of both BOP inmates and staff who have tested positive for COVID-19. Numbers obtained from www.bop.gov/coronavirus on a daily basis. There is good reason to believe that the numbers reported by the BOP understate the actual number of tested-positive cases. *Compare* M. Licon-Vitale, MCC Ward, and D. Edge, MDC Warden, *Response to EDNY Administrative Order 2020-14* (Apr. 7, 2020) at https://www.nyed.uscourts.gov/pub/bop/MDC_20200407_042057.pdf (3 positive inmates at MDC Brooklyn) *with COVID-19 Cases* Federal Bureau of Prisons (Apr. 7, 2020) *at* www.bop.gov/coronavirus (2 positive inmates at MDC Brooklyn).
[8] Includes the number of federal inmates in BOP-managed institutions and the BOP staff complement. Numbers obtained from www.bop.gov/coronavirus on a daily basis
[9] Numbers obtained on 4/29/2020 at 7:46pm from https://coronavirus.jhu.edu/map.html
[10] Numbers obtained on 4/29/2020 at 7:50pm from https://www.census.gov/popclock/
[11] Numbers obtained on 4/29/2020 at 7:46pm from https://coronavirus.jhu.edu/map.html
[12] Numbers obtained on 4/29/2020 at 7:50pm from https://www.census.gov/popclock/
[13] Numbers obtained on 4/29/2020 at 7:46pm from https://coronavirus.jhu.edu/map.html
[14] Numbers obtained on 4/29/2020 at 7:50pm from https://www.census.gov/popclock/