UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                  CASE NO. 6:20-cr-34-Orl-41EJK

CARL STUART FAREY
  a/k/a Carl Stuart

## APPLICATION FOR, AND FACTUAL ALLEGATIONS IN SUPPORT OF JUDICIAL ORDER OF REMOVAL

The United States of America hereby moves for the entry of an Order of Judicial Removal and Notice is hereby given to Defendant CARL STUART FAREY (the defendant) and to his attorney of record Corey I. Cohen, that the United States of America alleges the following facts in support of the Notice of Intent to Request Judicial Removal:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of the United Kingdom and a citizen of the United Kingdom.

3. The defendant was admitted to the United States as a legal permanent resident alien at the Orlando International Airport in Orlando, Florida, on or about September 17, 2013.

4. At the time of sentencing in the instant criminal proceeding, the defendant will have been convicted in the United States District Court, Middle

District of Florida, under Counts One and Two of the Information, which charge the defendant with aiding and abetting visa fraud, in violation of 18 U.S.C. § 1546(a).

5. The maximum sentence for a violation of 18 U.S.C. § 1546(a) is 10 years' imprisonment.

6. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to: 8 U.S.C. § 1227(a)(2)(A)(ii), as an alien who has been convicted of two or more crimes involving moral turpitude after admission.

WHEREFORE, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), the United States of America requests that the Court, at the time of

sentencing, order that the defendant be removed from the United States to the United Kingdom.

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        UNITED STATES ATTORNEY

By: *s/ Amanda S. Daniels*
    Amanda S. Daniels
    Assistant United States Attorney
    Bar No. 111444
    400 W. Washington Street
    Suite 3100
    Orlando, Florida 32801
    Telephone: (407) 648-7500
    Fax: (407) 648-7643
    E-mail: amanda.daniels@usdoj.gov

U.S. v. CARL STUART FAREY        Case No. 6:20-cr-34-Orl-41EJK

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

Corey I. Cohen

                                   *s/ Amanda S. Daniels*
                                   Amanda S. Daniels
                                   Assistant United States Attorney
                                   Bar No. 111444
                                   400 W. Washington Street
                                   Suite 3100
                                   Orlando, Florida 32801
                                   Telephone: (407) 648-7500
                                   Fax: (407) 648-7643
                                   E-mail: amanda.daniels@usdoj.gov