UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  **Case No: 6:20-cr-34-Orl-41EJK**

**CARL STUART FAREY**

                                                /

**ORDER**

THIS CAUSE is before the Court upon the Application for, and Factual Allegations in Support of Judicial Order of Removal ("Application," Doc. 42) filed by the United States on June 22, 2020. Upon the statement and consent of Defendant Carl Stuart Farey and upon all prior proceedings and submissions in this matter, the Court finds as follows:

1. Defendant is not a citizen or national of the United States.

2. Defendant is a native of the United Kingdom and a citizen of the United Kingdom.

3. Defendant was admitted to the United States as a legal permanent resident alien at the Orlando International Airport in Orlando, Florida, on or about September 17, 2013.

4. Defendant was convicted in the United States District Court, Middle District of Florida of Counts One and Two of the Information (Doc. 10), charging visa fraud in violation of 18 U.S.C. § 1546(a).

5. The maximum term of imprisonment for a violation of 18 U.S.C. § 1546(a) is ten years' imprisonment. Given that Defendant pleaded guilty pursuant to a plea agreement as to Counts One and Two of the Information, the maximum term of imprisonment is ten years.

6. Defendant is subject to removal from the United States pursuant to 8 U.S.C. § 1227(a)(2)(A)(ii), as an alien who has been convicted of two or more crimes involving moral turpitude after admission.

7. Defendant waived his right to notice and a hearing under Section 238(c) of the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1228(c).

8. Defendant waived the opportunity to pursue any and all forms of relief and protection from removal.

It is therefore **ORDERED** and **ADJUDGED** that pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), Defendant is hereby ordered removed from the United States to the United Kingdom upon completion of his term of incarceration.

**DONE** and **ORDERED** in Orlando, Florida on June 23, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record