UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 6:20-cr-34-Orl-41EJK

CARL STUART FAREY

## MOTION TO SEAL

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, requests that this Court seal the Government's In Camera exhibit one and exhibit two to the United States Response in opposition to the defendant's motion for compassionate release.

The sealing of these exhibits is requested in order to safeguard from public scrutiny the defendant's medical information which would come to light were the motion to become public knowledge either by way of reports published in the media, or otherwise.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:    /s/ Amanda S. Daniels
       Amanda S. Daniels
       Assistant United States Attorney
       FL Bar No. 111444
       400 W. Washington Street, Suite 3100
       Orlando, Florida 32801
       Telephone:   (407) 648-7500
       Facsimile:   (407) 648-7643
       E-mail:   amanda.daniels@usdoj.gov

U.S. v. CARL FAREY                                    Case No. 6:20-cr-34-Orl-41EJK

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2020, a true and correct copy of the foregoing document and the notice of electronic filing was sent by United States Mail to the following non-CM/ECF participant(s):

Carl Farey
Register No. 73260-018
FCI Terminal Island
Federal Correctional Institution
P.O. Box 3007
San Pedro, CA 90731

                         By:    */s/Amanda S. Daniels*
                                 Amanda S. Daniels
                                 Assistant United States Attorney
                                 FL Bar No. 111444
                                 400 W. Washington Street, Suite 3100
                                 Orlando, Florida 32801
                                 Telephone:   (407) 648-7500
                                 Facsimile:    (407) 648-7643
                                 E-mail:    amanda.daniels@usdoj.gov