UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:20-cr-34-Orl-41EJK

CARL STUART FAREY

**ORDER**

THIS CAUSE having come on for consideration upon the motion of the government to seal the Government's In Camera exhibit one and exhibit two to the United States Response in opposition to the defendant's motion for compassionate release.

It is hereby ORDERED that the exhibits be SEALED.

DONE AND ORDERED this _____ day of December, 2020.

_____
Embry J. Kidd
United States Magistrate Judge